# In The United States Court of Federal Claims

No. 07-309T

(Filed: April 13, 2011)

_____

DONALD L. DYKSTRA and
ALBERTHA M. DYKSTRA,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 11, 2011, plaintiffs filed their amended complaint. The court hereby strikes the amended complaint as it was not filed within 21 days of service. *See* RCFC 15(a)(1). Should plaintiffs seek to file an amended complaint, they must obtain the defendant's written consent or obtain the court's permission via a motion for leave to amend. *See* RCFC 15(a)(2).

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge