# In The United States Court of Federal Claims

No. 07-309T

(Filed: April 14, 2011)

_____

DONALD L. DYKSTRA and
ALBERTHA M. DYKSTRA,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 13, 2011, plaintiffs filed a motion for reconsideration of an order striking their amended complaint.  The motion is hereby **GRANTED.**  The Clerk is hereby directed to reinstate plaintiff's amended complaint.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                       Judge