# In The United States Court of Federal Claims

No.  07-309T

(Filed:  April 15, 2011)

_____

DONALD L. DYKSTRA and
ALBERTHA M. DYKSTRA,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On March 29, 2011, Judge Block issued an order requiring the parties to file a joint status report on or before May 13, 2011.  The parties are hereby relieved of that obligation.  Instead, on or before May 13, 2011, defendant shall file its response to plaintiff's amended complaint, with the applicable provisions of the RCFC to apply thereafter.

      **IT IS SO ORDERED.**

                                        _s/ Francis M. Allegra_____
                                        Francis M. Allegra
                                        Judge