# In The United States Court of Federal Claims

No. 07-309T

(Filed: June 24, 2011)

_____

DONALD L. DYKSTRA and
ALBERTHA M. DYKSTRA,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 22, 2011, the parties filed a joint motion for an enlargement of time. This motion is hereby **GRANTED**. On or before August 5, 2011, defendant shall file its response to the amended complaint. **No further enlargements will be granted unless the parties indicate that the case has been settled**.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge