# In The United States Court of Federal Claims

No. 07-309T

(Filed: October 3, 2011)

_____

DONALD L. DYKSTRA and
ALBERTHA M. DYKSTRA,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A preliminary telephonic status conference will be held in this case on Thursday, October 13, 2011, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                               s/ Francis M. Allegra
                                                               Francis M. Allegra
                                                               Judge