# In The United States Court of Federal Claims

No. 07-309T

(Filed: October 13, 2011)

_____

DONALD L. DYKSTRA and
ALBERTHA M. DYKSTRA,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference was held today in this case. Participating in the conference were Thomas Redding, on behalf of the plaintiff, and Christopher Dove, on behalf of defendant. Based on the discussions held at that conference, the court orders the following:

1. This case is hereby **STAYED**;

2. On or before December 8, 2011, and every 56 days thereafter, the parties shall file a joint status report regarding the progress of settlement negotiations; and

3. Notwithstanding this reporting requirement, the parties shall notify the court immediately if settlement discussions break down.

**IT IS SO ORDERED.**

                                                         s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge